UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 23-4241-SB (KS)                                                        Date: August 8, 2023

Title       <u>Terrence C. Daniels v. Los Angeles County Sheriff Department</u>

Present: The Honorable:     Karen L. Stevenson, Chief United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On May 30, 2023, Terrence C. Daniels ("Plaintiff"), a California resident proceeding *pro se* and *in forma pauperis*, filed a civil rights complaint ("Complaint") against the Los Angeles County Sheriff's Department, Los Angeles County, and the Los Angeles County Superior Court. (Dkt. No. 1 (Complaint) at 1-3.) The Complaint brings claims under the Fourth Amendment, and alleges obstruction of justice, arising from a court proceeding concerning a dispute between Plaintiff and his landlord. (*Id.* at 4.)

On June 23, 2023, the Court dismissed the Complaint with leave to amend because it: (1) failed to contain a short and plain statement of the claim showing Plaintiff was entitled to relief, in violation of Federal Rule of Civil Procedure 8(a); (2) failed to state a claim under the Fourth Amendment or for obstruction of justice; and (3) failed to allege facts accusing Defendant Los Angeles County of any wrongful conduct. (Dkt. No. 7 at 5-9.)

The Court granted leave to amend and ordered Plaintiff to file a First Amended Complaint correcting the identified defects within 30 days, *i.e.*, no later than July 24, 2023,[1] and warned Plaintiff that his failure to do so could result in a recommendation of dismissal. (*Id.* at 9-10.) Included with the order *inter alia* was a copy of a Court-approved blank civil rights complaint form. (Dkt. No. 7-1.)

More than two weeks have passed since Plaintiff's deadline for filing a First Amended Complaint, but Plaintiff has not done so or had any contact with the Court.

---

[1]   Plaintiff was afforded 31 days in total because that deadline fell on a Sunday. FED. R. CIV. P. 6(a)(1)(C).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 23-4241-SB (KS)                                           Date: August 8, 2023

Title   <u>Terrence C. Daniels v. Los Angeles County Sheriff Department</u>

Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, an action may be subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a court order." Accordingly, the Court could properly recommend dismissal of the action for Plaintiff's failure to timely comply with the Court's June 23, 2023 Memorandum and Order directing Plaintiff to file a First Amended Complaint.

However, in the interest of justice, Plaintiff is **ORDERED TO SHOW CAUSE on or before August 29, 2023**, why the Court should not recommend that this action be dismissed for the failure to prosecute. Plaintiff may discharge this Order by filing: (1) a request for an extension of time to file a First Amended Complaint and a declaration signed under penalty of perjury explaining why he failed to comply with the Court's June 23, 2023 Memorandum and Order; or (2) a First Amended Complaint. Alternatively, if Plaintiff does not wish to pursue this action, he may dismiss the Complaint without prejudice by filing a signed document entitled "Notice Of Voluntary Dismissal" pursuant to Rule 41(a)(1)(A).

**PLAINTIFF IS WARNED THAT THE FAILURE TO RESPOND TO THIS ORDER <u>WILL</u> RESULT IN A RECOMMENDATION OF DISMISSAL.**

**IT IS SO ORDERED.**

|  | : |
|---|---|
| **Initials of Preparer** | gr |