UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE C. DANIELS,<br><br>    Plaintiff,<br><br>  v.<br><br>LOS ANGELES COUNTY SHERIFF DEPARTMENT et al.,<br><br>    Defendants. | Case No. 2:23-cv-04241-SB-KS<br><br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including Plaintiff Terrence C. Daniels' complaint, Dkt. No. 1, the order dismissing the complaint, Dkt. No. 7, Plaintiff's first amended complaint, Dkt. No. 15, the order dismissing the first amended complaint, Dkt. No. 16, Plaintiff's second amended complaint, Dkt. No. 17, and the report and recommendation (R&R) issued on January 5, 2024, Dkt. No. 20.

　　　Plaintiff was given 21 days to file objections to the R&R, but instead of objecting, he filed an appeal on January 11, 2024.  Dkt. No. 21 (listing the R&R dismissing the complaint as the order appealed from).  "A notice of appeal from a magistrate judge's report and recommendation is ineffective." *Burnside v. Jacquez*, 731 F.3d 874, 875 (9th Cir. 2013); *see Serine v. Peterson*, 989 F.2d 371, 372–73 (9th Cir. 1993) (noting that a magistrate judge's findings and recommendations are not appealable).  Because the R&R is not an appealable order (as it expressly states), Plaintiff's filing does not divest this Court of jurisdiction.  *See United States v. Hickey*, 580 F.3d 922, 928 (9th Cir. 2009) ("Filing an appeal from an unappealable decision does not divest the district court of jurisdiction.").

　　　Because this Court agrees with the principal analysis in the R&R, it accepts the report, findings, and recommendations of the Magistrate Judge.  It is therefore

1

ordered that judgment shall be entered dismissing the second amended complaint without leave to amend.


Date: February 15, 2024                            _____
                                                              Stanley Blumenfeld, Jr.
                                                            United States District Judge