JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE C. DANIELS,<br><br>     Plaintiff,<br><br>v.<br><br>LOS ANGELES COUNTY SHERIFF DEPARTMENT et al.,<br><br>     Defendants. | Case No. 2:23-cv-04241-SB-KS<br><br>FINAL JUDGMENT |

For the reasons stated in the separate order of dismissal entered this date, Plaintiff Terrence C. Daniels' claims against Defendants are dismissed with prejudice.

This is a final judgment.

Date: February 15, 2024

_____
Stanley Blumenfeld, Jr.
United States District Judge

1